EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José A. Díaz Algarín | 2008 TSPR 62<br><br>173 DPR _____ |

Número del Caso: TS-10326

Fecha: 15 de abril de 2008

Abogado de la Parte Peticionaria:

        Lcdo. Guillermo Figueroa Prieto

Materia: Reinstalación al ejercicio de la abogacía y la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Díaz Algarín          TS-10326

RESOLUCION

San Juan, Puerto Rico, a 15 de abril de 2008.

Examinada la "Moción Asumiendo Representación Legal y Solicitando Reinstalación" presentada por la parte peticionaria, se reinstala al señor José A. Díaz Algarín a la abogacía y notaría con la obligación de comparecer ante la Comisión de Ética del Colegio de Abogados.

Notifíquese por telefax y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez proveería no ha lugar a la solicitud de reinstalación y proveería con lugar a la solicitud de asumir representación legal. Una vez el señor José A. Díaz Algarín haya subsanado las deficiencias señaladas por la Oficina de Inspección de Notarías y contestado la querella presentada ante el Colegio de Abogados, estaríamos en posición de evaluar su solicitud de reinstalación. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo